**Felicia L. BRAUN, Respondent,**

and

**Todd M. Braun, Plaintiff,**

v.

**The CITY OF ST. LOUIS and Ramelle L. Wallace, Appellants.**

**No. ED 104256**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: March 28, 2017

Robert J. Radice, St. Louis, MO, for Respondent.

Chris Koster, Attorney General, Henry F. Luepke, Asst. Atty. Gen., Conrad N. Sansone, Asst. Atty. Gen., St. Louis, MO, for Appellant.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

The City of St. Louis and Ramelle L. Wallace (collectively "Defendants") appeal the judgment granting Felicia L. Braun's ("Plaintiff") motion for new trial following a jury verdict entered in favor of Defen-

dants on Plaintiff's personal injury claim. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).